[No. 23152-2-II.    Division Two.    May 19, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. HYON SANG FIELDS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-04914-1, Vicki L. Hogan, J., entered March 17, 1998. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Seinfeld and Hunt, JJ.

[No. 23326-6-II.    Division Two.    May 19, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIE A. GALE, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 97-1-00390-3, Toni A. Sheldon, J., entered May 7, 1998. *Reversed with instructions* by unpublished opinion per Seinfeld, J., concurred in by Houghton and Bridgewater, JJ.

[No. 23671-1-II.    Division Two.    May 19, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES RAY KINKAID, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 97-1-02194-8, Gary Tabor, J., entered August 14, 1998. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Hunt, A.C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 23765-2-II.    Division Two.    May 19, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JEROME L. SHUMATE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 98-8-00195-9, Paula Casey, J., entered August 24, 1998. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Seinfeld, J.